# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY A. HAYNES, SR., et al., | Case No.: 2:25-cv-02323-APG-BNW |
| Plaintiffs | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 5] |
| SENOIA GOLF CARTS, et al., | |
| Defendants | |

On December 30, 2025, Magistrate Judge Weksler recommended that I dismiss with prejudice the plaintiffs did not file an amended complaint or request an extension by the given deadline. ECF No. 5 at 1.  The plaintiffs did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 5) is accepted, and the plaintiffs' complaint (ECF No. 4) is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 21st day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE